HANSON BRIDGETT LLP
KURT A. FRANKLIN, SBN 172715
kfranklin@hansonbridgett.com
GYMMEL M. TREMBLY, SBN 327236
gtrembly@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:     (415) 777-3200
Facsimile:     (415) 541-9366

Attorneys for Defendant
ALAMEDA HEALTH SYSTEM

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DISABILITY RIGHTS CALIFORNIA, a California nonprofit corporation, <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF ALAMEDA; ALAMEDA COUNTY BEHAVIORAL HEALTH CARE SERVICES; and ALAMEDA HEALTH SYSTEM, <br><br> Defendants. | Case No. 20-cv-05256-CRB <br><br> **ERRATA TO DEFENDANT ALAMEDA HEALTH SYSTEM'S MOTION TO DISMISS AND MOTION TO STRIKE** <br><br> Judge:    Hon. Charles R. Breyer <br> Date:     December 10, 2020 <br> Time:     10:00 a.m. <br> Ctrm.:    6 - 17th Floor |

17071922.1

1    In its moving papers, Defendant Alameda Health System ("AHS") filed a Request for

2 Judicial Notice citing to a contracts between Alameda Health System (dba Alameda County

3 Medical Center) and AHS dated (1) June 23, 1998 (original contract), and (2) November 28, 2000

4 (amended).

5    AHS inadvertently failed to additionally cite to the contracts between it and the Alameda

6 County Behavioral Health Care Services ("ACBHCS"), which specifically included the provision

7 of mental health services at John George Psychiatric Hospital ("John George").  In Disability

8 Rights California's ("DRC") opposition, it cites to a contract between AHS and ACBHCS

9 effective July 1, 2013 through June 30, 2014.  *See* Dkt. No. 33-1 at 4, fn.2.  The most recent

10 contract for the provision of mental health services at John George was effective July 1, 2018

11 through June 30, 2019.  AHS provides a true and correct copy of the most recent contract for

12 mental health services at John George, which is attached hereto as **Exhibit A**.

13

14 DATED:  November 24, 2020                          HANSON BRIDGETT LLP

15

16                                         By:    */s/ Gymmel M. Trembly*
17                                                KURT A. FRANKLIN
                                                 GYMMEL M. TREMBLY
18                                               Attorneys for Defendant
                                                 ALAMEDA HEALTH SYSTEM
19

20

21

22

23

24

25

26

27

28

ERRATA TO DEFENDANT ALAMEDA HEALTH SYSTEM'S MOTION TO DISMISS
AND MOTION TO STRIKE

17071922.1

# EXHIBIT A

## FIRST AMENDMENT TO AGREEMENT

| Master Contract # | **900077** | Procurement Contract # | **16432** |
|---|---|---|---|
| Procurement Begin Date | **07/01/2018** | Expire Date | **06/30/2019** |

This First Amendment is made by the *County of Alameda* ("County") and **Alameda Health System dba Alameda County Medical Center** ("Contractor") to amend the Master Agreement, Procurement Contract No. **16432**, signed by the parties on **September 13, 2018** (referred to herein as the "Agreement"):

I.    For valuable consideration, the receipt and sufficiency of which are hereby acknowledged, County and Contractor agree to amend the Agreement as specified herein:

Terms and Conditions of Payment, Exhibit B are amended as follows <u>and</u> effective July 1, 2018:

**FROM:**

### 1. Rate Structure

a. Medi-Cal and HealthPAC

BHCS, as the Medi-Cal Mental Health Plan, receives Federal Financial Participation (FFP) reimbursement for Certified Public Expenditures incurred in the provision of Medi-Cal Specialty Mental Health Services. In such capacity, BHCS will remit to ACMC, a public hospital, FFP funds received by BHCS for the provision of Medi-Cal Specialty Mental Health Services provided by ACMC at the JGPP based on Certified Public Expenditures incurred by ACMC in the provision of such services at the JGPP.

BHCS, as the Medi-Cal Mental Health Plan, receives FFP reimbursement for Certified Public Expenditures incurred in the provision of HealthPAC Medicaid Coverage Expansion (MCE) and Health Care Coverage Initiative (HCCI) (HealthPAC). As such, BHCS will remit to ACMC FFP funds received by BHCS for the provision of Medi-Cal Specialty Mental Health Services provided by ACMC at the JGPP based on Certified Public Expenditures incurred by ACMC in the provision of such services at the JGPP.

The following is the rate schedule for Medi-Cal and HealthPAC claiming:

| Type of Service | Unit of Service | Rate | FFP |
|---|---|---|---|
| Inpatient Acute | Day | $1,575.00 | $787.50 |
| Inpatient Admin | Day | $416.95 | $208.47 |
| Crisis PES | Hour | $108.83 | $54.41 |
| Ward Consult | Minute | $3.12 | $1.56 |

BHCS shall remit to ACMC a supplemental payment from non-federal county funds in addition to FFP discussed above. The supplemental rate reimbursement is described in the following rate schedule:

| Type of Service | Unit of Service | Rate |
|---|---|---|
| Inpatient Acute | Day | $450.00 |
| Inpatient Admin | Day | $208.47 |
| Crisis PES | Hour | $32.64 |
| Ward Consult | Minute | $0.94 |

Monthly payment will include a combined reimbursement of Medi-Cal FFP and Supplement Payment for each claim line.

b. Medi-Cal Cross-Over
BHCS, as the billing agent for Medi-Cal Mental Health, will process all Cross-Over Medi-Cal claims provided by ACMC for services at JGPP. ACMC is responsible for and shall perform all billing of Medicare and commercial insurance, as well as reporting these billings and payments to BHCS, where Medi-Cal is deemed secondary or tertiary, in order for BHCS to accurately claim any Cross-Over claims to Medi-Cal. The following is the rate schedule for Medi-Cal Cross-Over claiming:

| Type of Service | Unit of Service | Rate | FFP |
|---|---|---|---|
| Inpatient Acute | Day | $1,575.00 less primary payer reimbursement | $1,575 less primary payer reimbursement x FFP% |
| Inpatient Admin | Day | $416.95 less primary payer reimbursement | $416.95 less primary payer reimbursement x FFP% |
| Crisis PES | Hour | $108.83 less primary payer reimbursement | $108.83 less primary payer reimbursement x FFP% |
| Ward Consult | Minute | $3.12 less primary payer reimbursement | $3.12 less primary payer reimbursement x FFP% |

c. Indigent and Non-Covered
BHCS will remit to ACMC non-federal county funds for the provision of indigent care (defined as County residents without private, State, or Federal health care cost coverage), including HealthPAC County, or non-covered clients who receive services provided by ACMC at JGPP. The following is the rate schedule for indigent m1d non-covered services:

| Type of Service | Unit of Service | Rate |
|---|---|---|
| Inpatient Acute | Day | $900.41 |
| Inpatient Admin | Day | $416.95 |
| Crisis PES | Hour | $82.23 |
| Ward Consult | Minute | $2.51 |

All payments shall be made pursuant to the terms and conditions of this contract.

## 2. Service Structure

### a. Psychiatric Inpatient Hospital Services Reimbursement

Provided that there shall first have been a submission of claims in accordance with Section III-C of Exhibit A, ACMC shall be paid based on the rates outlined in Paragraph I above of this Exhibit B for Psychiatric Inpatient Hospital Services.

The rate structure under Paragraph 1 of this Exhibit B is intended by both BHCS and ACMC to be inclusive of all services defined in Section III-C of Exhibit A as Psychiatric Inpatient Hospital Services and shall be reimbursed on an interim basis then settled to actual cost per day, up to the Federal Financial Participation limitation. In no event will BHCS exceed the Supplemental Rate specified in Paragraph 1.a. of this exhibit.

### b. Psychiatric Emergency and Crisis Hospital Based Services Reimbursement

Provided that there shall first have been a submission of claims in accordance with Section V of the Exhibit A, ACMC shall be paid based on rates outlined in Paragraph 1 above of this Exhibit B for Psychiatric Emergency Services.

The rate structure under Paragraph 1 of this Exhibit B is intended by both BHCS and ACMC to be inclusive of all services defined in Section III-C of the Exhibit A as Psychiatric Emergency Hospital Based Services and shall be reimbursed on an interim basis, then settled to actual cost per hour, up to the Federal Financial Participation limitation. In no event will BHCS exceed the Supplemental Rate specified in Paragraph 1.a. of this exhibit.

### c. Ward Consults Reimbursement

Provided that there shall first have been a submission of claims in accordance with Section III-C of Exhibit A, ACMC shall be paid based on rates outlined in Paragraph 1 above of this Exhibit B for Ward Consults.

The rate structure under Paragraph 1 of this Exhibit B is intended by both BHCS and ACMC to be inclusive of all services defined in Section III-C of the Exhibit A as Ward Consults and shall be reimbursed on an interim basis, then settled to actual cost per minute, up to the Federal Financial Participation limitation. In no event will BHCS exceed the Supplemental Rate specified in Paragraph 1.a. of this exhibit.

## 3. Total Reimbursement

In return for the performance of the services as set forth in Exhibit A of this Agreement, BHCS agrees to reimburse ACMC in an amount not to exceed $37,453,451 on the following basis:

Reimbursement to ACMC of FFP under this Agreement shall in no event exceed an amount reimbursed by DHCS to BHCS on behalf of JGPP. ACMC is responsible for reimbursing BHCS for any amounts due as the result of cost report reconciliation or audit findings related to JGPP. Likewise, BHCS is responsible for reimbursing

ACMC for any amount due ACMC as a result of cost report reconciliation or audit findings related to JGPP.

Reimbursement to ACMC is contingent upon and limited to (a) Medi-Cal Federal Financial Participation (FFP) funds paid to BHCS as a result of ACMC's participation in the Medi-Cal Specialty Mental Health Program, (b) Supplemental Rate schedule for Medi-Cal and HealthPAC MCE & HCCI, (c) HealthPAC MCE & HCCI FFP funds paid to BHCS as a result of ACMC' s participation in the HealthPAC Plan, and (d) Indigent, including HealthPAC county, and non-covered services. Final reimbursement shall be based on ACMC's actual Certified Public Expenditures (CPE) on cost per unit basis incurred in providing Medi-Cal Specialty Mental Health Services as determined and reimbursed through the Annual Short Doyle Mental Health Medi-Cal Cost Report.

Medi-Cal Funding Provisions
ACMC shall comply with all Federal and State Medi-Cal requirements regarding determination of reasonable and allowable costs and other funding requirements. ACMC is responsible for incurring costs for services provided prior to services being claimed. ACMC shall be required to sign a "Certification of Public Expenditure" on a monthly basis prior to monthly reimbursement.

## 4. Reimbursement Method(s)

Monthly payment

ACMC shall submit a monthly invoice to BHCS, based on authorized inpatient days, PES services and Ward Consults services. The monthly invoice must include the Identifying Client, Service and Primary Payer Information as described in Exhibit A-3. On a monthly basis, BHCS shall make interim payments to ACMC for authorized services in the following manner:

• For Medi-Cal and HealthPAC MCE and HCCI Plan reimbursement, BHCS will reimburse ACMC the anticipated FFP and Supplemental payment for all services that deemed to be Medi-Cal only (excluding any service identified as a Cross-Over) or HealthPAC on their invoice.
• For Medi-Cal Cross-Over, BHCS will reimburse ACMC the DHCS approved reimbursement of FFP.
• For Indigent and non-Covered reimbursement, BHCS will reimburse ACMC the Indigent and non-Covered rate for every authorized service.

BHCS will provide an Explanation of Benefits (EOB) to ACMC with each payment. In addition to the EOB, BHCS will forward to ACMC a report of DHCS denied services. After reviewing DHCS denials, ACMC shall return the Denial Report with corrections to BHCS within 3 weeks of receipt. BHCS will be responsible for forwarding any necessary changes to DHCS for further processing. Any services that are not corrected by ACMC will be deemed denied services by BHCS and the amount of the denial will be deducted from next payment to ACMC. Denials will be included in the next EOB and corresponding reduction to the payment.

Payments from BHCS to ACMC will be made within sixty (60) days after receipt of detailed invoice from ACMC. Due to processing limitations, no timeframes can be made for Cross-Over claims.

Payment is contingent on all inpatient services, paid by BHCS, being approved by BHCS Point of Authorization (POA). ACMC must make available, within twenty-four (24) hours of admission, each patient's electronic health record via remote access to the BHCS's POA for concurrent review of documented medical necessity Monday through Friday. Weekend documentation shall be available on Monday, or the first business day in the event of a holiday.

In addition to concurrent review stated above, per State regulation, ACMC shall submit a Treatment Authorization Request (TAR) to BHCS' POA for all inpatients within fourteen (14) calendar days of discharge. If this timeframe is not met, claim will be denied by POA.

Interim settlement reimbursement
After DHCS reconciliation of ACMC's Medi-Cal Cost Report as part of the DHCS reconciliation of BHCS's Annual Short-Doyle Mental Health Medi-Cal Cost Report, any adjustments of FFP payments, any adjustments between FFP, HealthPAC or indigent services or cost adjustments as a result of the interim settlement will be made and presented to ACMC. ACMC will be given thirty (30) days to review the report and comment. After interim settlement report is agreed upon by both parties, payment by either party shall be made within thirty (30) days of interim settlement.

Final Reimbursement
After finalized DHCS audit of ACMC's Medi-Cal Cost Report as part of the DHCS audit of BHCS's Annual Short-Doyle Mental Health Medi-Cal Cost Report, any adjustments of FFP payments, any adjustments between FFP, HealthPAC or indigent services or cost adjustments as a result of the audit settlement on behalf of ACMC will be made and presented to ACMC. ACMC will be given thirty (30) days to review the audited report and comment. After final settlement report is agreed upon by both parties, payment by either party shall be made within sixty (60) days of settlement agreement. Payments shall be made in accordance with Section 3 above.

**TO:**

## 1. Rate Structure

ACBH, as the Medi-Cal Mental Health Plan, receives FFP reimbursement for Certified Public Expenditures incurred in the provision of services.  ACBH will remit to AHS dba ACMC payments for the provision of Medi-Cal Specialty Mental Health Services provided by AHS dba ACMC at the JGPP based on Certified Public Expenditures incurred by ACMC in the provision of such services at the JGPP.

The following is the rate schedule for all services approved by Medi-Cal.  For Medi-Cal cross-over units, the rates will be reduced by the reimbursement from the primary payer.

| Type of Service | Unit of Service | Rate |
|---|---|---|
| Inpatient Acute | Day | $2,700.00 |
| Inpatient Admin | Day | $514.95 |
| Crisis Psychiatric Emergency Services | Hour | $132.94 |

All payments shall be made pursuant to the terms and conditions of this contract.

## 2. Service Structure

a. Psychiatric Inpatient Hospital Services Reimbursement
Provided that there shall first have been a submission of claims in accordance with Section III-C of Exhibit A, AHS dba ACMC shall be paid based on the rates outlined in Paragraph I above of this Exhibit B for Psychiatric Inpatient Hospital Services.

The rate structure under Paragraph 1 of this Exhibit B is intended by both ACBH and AHS dba ACMC to be inclusive of all services defined in Section III-C of Exhibit A as Psychiatric Inpatient Hospital Services and shall be reimbursed on an interim basis then settled to actual cost per day, up rates specified in Paragraph 1. In no event will ACBH exceed the Rate specified in Paragraph 1 of this exhibit.

b. Psychiatric Emergency and Crisis Hospital Based Services Reimbursement Provided that there shall first have been a submission of claims in accordance with Section V of the Exhibit A, AHS dba ACMC shall be paid based on rates outlined in Paragraph 1 above of this Exhibit B for Psychiatric Emergency Services.

The rate structure under Paragraph 1 of this Exhibit B is intended by both ACBH and AHS dba ACMC to be inclusive of all services defined in Section III-C of the Exhibit A as Psychiatric Emergency Hospital Based Services and shall be reimbursed on an interim basis, then settled to actual cost per hour, up to the Rate limitation. In no event will ACBH exceed the Rate specified in Paragraph 1. of this exhibit.

The rate structure under Paragraph 1 of this Exhibit B is intended by both ACBH and AHS dba ACMC to be inclusive of all services defined in Section III-C of the Exhibit A as Ward Consults and shall be reimbursed on an interim basis, then settled to actual cost per minute, up to the Rate limitation. In no event will ACBH exceed the Rate specified in Paragraph 1. of this exhibit.

### 3. Total Reimbursement

In return for the performance of the services as set forth in Exhibit A of this Agreement, ACBH agrees to reimburse AHS dba ACMC in an amount not to exceed $37,453,451 on the following basis:

Reimbursement to AHS dba ACMC of payments under this Agreement shall in no event exceed an amount reimbursed by DHCS to ACBH on behalf of JGPP. AHS dba ACMC is responsible for reimbursing ACBH for any amounts due as the result of cost report reconciliation or audit findings related to JGPP. Likewise, ACBH is responsible for reimbursing AHS dba ACMC for any amount due AHS dba ACMC as a result of cost report reconciliation or audit findings related to JGPP.

Reimbursement to AHS dba ACMC is contingent upon and limited to approved Medi-Cal services and funds paid to ACBH as a result of AHS dba ACMC's participation in the Medi-Cal Specialty Mental Health Program, Final reimbursement shall be based on AHS dba ACMC's actual Certified Public Expenditures (CPE) on cost per unit basis incurred in providing Medi-Cal Specialty Mental Health Services as determined and reimbursed through the Annual Short Doyle Mental Health Medi-Cal Cost Report.

Medi-Cal Funding Provisions

AHS dba ACMC shall comply with all Federal and State Medi-Cal requirements regarding determination of reasonable and allowable costs and other funding requirements. AHS dba ACMC is responsible for incurring costs for services provided prior to services being claimed. AHS dba ACMC shall be required to sign a "Certification of Public Expenditure" on a monthly basis prior to monthly reimbursement.

### 4. Reimbursement Method(s)

Monthly payment

AHS dba ACMC shall submit a monthly invoice to ACBH, based on authorized inpatient days, and PES services. The monthly invoice must include the Identifying Client, Service and Primary Payer Information as described in Exhibit A-3. On a monthly basis, ACBH shall make interim payments to AHS dba ACMC for authorized services in the following manner:

• For all services, ACBHCS will reimburse AHS dba ACMC payments for all services the rates included in Paragraph 1 above deemed to be authorized by Medi-Cal.

ACBH will provide an Explanation of Benefits (EOB) to AHS dba ACMC with each payment. In addition to the EOB, ACBH will forward to AHS dba ACMC a report of DHCS denied services. After reviewing DHCS denials, AHS dba ACMC shall return the Denial Report with corrections to ACBH within 3 weeks of receipt. ACBH will be

responsible for forwarding any necessary changes to DHCS for further processing. Any services that are not corrected by AHS dba ACMC will be deemed denied services by ACBH and the amount of the denial will be deducted from next payment to AHS dba ACMC. Denials will be included in the next EOB and corresponding reduction to the payment.

Payments from ACBH to AHS dba ACMC will be made within sixty (60) days after receipt of detailed invoice from ACMC.

Payment is contingent on all inpatient services, paid by ACBH, being approved by ACBH Point of Authorization (POA). AHS dba ACMC must make available, within twenty-four (24) hours of admission, each patient's electronic health record via remote access to the ACBH's POA for concurrent review of documented medical necessity Monday through Friday. Weekend documentation shall be available on Monday, or the first business day in the event of a holiday.

In addition to concurrent review stated above, per State regulation, AHS dba ACMC shall submit a Treatment Authorization Request (TAR) to ACBH' POA for all inpatients within fourteen (14) calendar days of discharge. If this timeframe is not met, claim will be denied by POA.

Interim settlement reimbursement
After DHCS reconciliation of AHS dba ACMC's Medi-Cal Cost Report as part of the DHCS reconciliation of ACBH's Annual Short-Doyle Mental Health Medi-Cal Cost Report, any adjustments of payments or cost adjustments as a result of the interim settlement will be made and presented to AHS dba ACMC. AHS dba ACMC will be given thirty (30) days to review the report and comment. After interim settlement report is agreed upon by both parties, payment by either party shall be made within thirty (30) days of interim settlement.

Final Reimbursement
After finalized DHCS audit of AHS dba ACMC's Medi-Cal Cost Report as part of the DHCS audit of ACBH's Annual Short-Doyle Mental Health Medi-Cal Cost Report, any adjustments of payments or cost adjustments as a result of the audit settlement on behalf of AHS dba ACMC will be made and presented to AHS dba ACMC. AHS dba ACMC will be given thirty (30) days to review the audited report and comment. After final settlement report is agreed upon by both parties, payment by either party shall be made within sixty (60) days of settlement agreement. Payments shall be made in accordance with Section 3 above.

**AND**

A.      The Exhibit C is replaced by the attached Exhibit C.

II.     Except as otherwise stated herein, the terms and provisions of this First Amendment will be considered to be effective as of the date this First Amendment is executed by the County.

III.    Except as expressly modified by this First Amendment, all of the terms and conditions of the Agreement are and remain in full force and effect.

IV.     IN WITNESS WHEREOF, the parties hereto have executed this First Amendment on the date referenced below.

**COUNTY OF ALAMEDA**                              **CONTRACTOR**

By: ___DocuSigned by:_____

**Karyn Tribble, PsyD, LCSW**                      **Alameda Health System**
Director                                           **dba Alameda County Medical Center**
Behavioral Health Care Services                    Contractor

                                                   **7677 Oakport Street**
                                                   Street Address

7/16/2020                                          **Oakland CA 94602**
_____                                City, State, Zip Code
Date



                                                   By: ___DocuSigned by:___
                                                        *Delvecchio Finley*
                                                   Authorized Signature of Contractor


                                                   Delvecchio Finley
                                                   _____
                                                   Print/Type Name


                                                   CEO
                                                   _____
                                                   Title


                                                   7/16/2020
                                                   _____
                                                   Date


                                                   By signing above, signatory warrants and represents
                                                   that he/she executed this First Amendment in his/her
                                                   authorized capacity and that by his/her signature on
                                                   this First Amendment, he/she or the entity upon
                                                   behalf of which he/she acted, executed this First
                                                   Amendment.

EXHIBIT C

## COUNTY OF ALAMEDA MINIMUM INSURANCE REQUIREMENTS

Without limiting any other obligation or liability under this Agreement, the Contractor, at its sole cost and expense, shall secure and keep in force during the entire term of the Agreement or longer, as may be specified below, the following minimum insurance coverage, limits and endorsements:

| TYPE OF INSURANCE COVERAGES | | MINIMUM LIMITS |
|---|---|---|
| A | **Commercial General Liability**<br>Premises Liability; Products and Completed Operations; Contractual Liability; Personal Injury and Advertising Liability | $1,000,000 per occurrence (CSL)<br>Bodily Injury and Property Damage |
| B | **Commercial or Business Automobile Liability**<br>All owned vehicles, hired or leased vehicles, non-owned, borrowed and permissive uses.  Personal Automobile Liability is acceptable for individual contractors with no transportation or hauling related activities | $1,000,000 per occurrence (CSL)<br>Any Auto<br>Bodily Injury and Property Damage |
| C | **Workers' Compensation (WC) and Employers Liability (EL)**<br>Required for all contractors with employees | WC:  Statutory Limits<br>EL:  $1,000,000 per accident for bodily injury or disease |
| D | **Professional Liability/Errors & Omissions**<br>Includes endorsements of contractual liability and defense and indemnification of the County | $1,000,000 per occurrence<br>$2,000,000 project aggregate |
| E | <u>Endorsements and Conditions</u>: | |

1. **ADDITIONAL INSURED:** All insurance required above with the exception of Professional Liability, Commercial or Business Automobile Liability, Workers' Compensation and Employers Liability, shall be endorsed to name as additional insured: County of Alameda, its Board of Supervisors, the individual members thereof, and all County officers, agents, employees, volunteers, and representatives. The Additional Insured endorsement shall be at least as broad as ISO Form Number CG 20 38 04 13.

2. **DURATION OF COVERAGE:** All required insurance shall be maintained during the entire term of the Agreement. In addition, Insurance policies and coverage(s) written on a claims-made basis shall be maintained during the entire term of the Agreement and until 3 years following the later of termination of the Agreement and acceptance of all work provided under the Agreement, with the retroactive date of said insurance (as may be applicable) concurrent with the commencement of activities pursuant to this Agreement.

3. **REDUCTION OR LIMIT OF OBLIGATION:** All insurance policies, including excess and umbrella insurance policies, shall include an endorsement and be primary and non-contributory and will not seek contribution from any other insurance (or self-insurance) available to the County. The primary and non-contributory endorsement shall be at least as broad as ISO Form 20 01 04 13. Pursuant to the provisions of this Agreement insurance effected or procured by the Contractor shall not reduce or limit Contractor's contractual obligation to indemnify and defend the Indemnified Parties.

4. **INSURER FINANCIAL RATING:** Insurance shall be maintained through an insurer with a A.M. Best Rating of no less than A:VII or equivalent, shall be admitted to the State of California unless otherwise waived by Risk Management, and with deductible amounts acceptable to the County. Acceptance of Contractor's insurance by County shall not relieve or decrease the liability of Contractor hereunder. Any deductible or self-insured retention amount or other similar obligation under the policies shall be the sole responsibility of the Contractor.

5. **SUBCONTRACTORS:** Contractor shall include all subcontractors as an insured (covered party) under its policies or shall verify that the subcontractor, under its own policies and endorsements, has complied with the insurance requirements in this Agreement, including this Exhibit. The additional Insured endorsement shall be at least as broad as ISO Form Number CG 20 38 04 13.

6. **JOINT VENTURES:** If Contractor is an association, partnership or other joint business venture, required insurance shall be provided by one of the following methods:
   – Separate insurance policies issued for each individual entity, with each entity included as a "Named Insured" (covered party), or at minimum named as an "Additional Insured" on the other's policies. Coverage shall be at least as broad as in the ISO Forms named above.
   – Joint insurance program with the association, partnership or other joint business venture included as a "Named Insured".

7. **CANCELLATION OF INSURANCE:** All insurance shall be required to provide thirty (30) days advance written notice to the County of cancellation.

8. **CERTIFICATE OF INSURANCE:** Before commencing operations under this Agreement, Contractor shall provide Certificate(s) of Insurance and applicable insurance endorsements, in form and satisfactory to County, evidencing that all required insurance coverage is in effect. The County reserves the rights to require the Contractor to provide complete, certified copies of all required insurance policies. The required certificate(s) and endorsements must be sent as set forth in the Notices provision.



# CERTIFICATE OF COVERAGE

| **Named Member:** | | This document certifies that coverage is in force for the Named Member on the Issue Date below, subject to the terms and conditions of the Contract designated. It is issued as a matter of information and does not confer any rights to any Certificate Holder. This Certificate does not amend, extend or alter the coverage afforded under the Contract. If the Contract, or coverage for any Member, is canceled for any reason or if the terms of the Contract are changed, we will notify the Named Member only. Coverage is not in effect unless and until all payments are received when due. |
|---|---|---|

**Named Member:**
Alameda Health System
1411 E. 31st Street
Oakland, CA 94602

**Broker:**
James & Gable Insurance Brokers
1660 Olympic Blvd. Suite 325
Walnut Creek, CA 94596

| **Certificate Number** | **Effective Date** | **Expiration Date** | **Retroactive Date** * |
|---|---|---|---|
| HCL-19-067 | 07/01/2019 at 12:01 a.m. | 07/01/2020 at 12:01 a.m. | 07/01/1998 at 12:01 a.m. |

**Type of Coverage:**

[X]  Professional Liability - Claims Made and Reported

[X]  General Liability - Occurrence

| **Limits of Liability:** | **Deductible:** |
|---|---|
| $3,000,000     Per Claim | $100,000     Per Claim |
| $10,000,000     Aggregate Per Contract Period | NONE     Aggregate Per Contract Period |

**Description of Coverage:**

Evidence of Healthcare Entity Professional and General Liability coverage is extended to County of Alameda, its Board of Supervisors, the individual members thereof, and all County officers, agents, employees and representatives as supplemental member(s) as pertaining to Behavioral Health Care Services - Substance Abuse Program.

**Issue Date:**     June 10, 2019

| **Certificate Holder:** | **Authorized Representative:** |
|---|---|
| Alameda County, BHCS<br>1900 Embarcadero Cove, Suite 205<br>Oakland, CA  94606<br>Attention: BHSC, Insurance Coordinator | R. Corey Grove<br>Senior Vice President, Insurance Operations |

* the retroactive date applies to claims made coverage only



# CERTIFICATE OF COVERAGE

| **Named Member:** | This document certifies that coverage is in force for the |
|---|---|

**Named Member:**
Alameda Health System
1411 E. 31st Street
Oakland, CA 94602

**Broker:**
James & Gable Insurance Brokers
1660 Olympic Blvd. Suite 325
Walnut Creek, CA 94596

This document certifies that coverage is in force for the Named Member on the Issue Date below, subject to the terms and conditions of the Contract designated. It is issued as a matter of information and does not confer any rights to any Certificate Holder. This Certificate does not amend, extend or alter the coverage afforded under the Contract. If the Contract, or coverage for any Member, is canceled for any reason or if the terms of the Contract are changed, we will notify the Named Member only. Coverage is not in effect unless and until all payments are received when due.

| **Certificate Number** | **Effective Date** | **Expiration Date** | **Retroactive Date** |
|---|---|---|---|
| AL-19-067 | 07/01/2019 at 12:01 a.m. | 07/01/2020 at 12:01 a.m. | N/A |

**Type of Coverage:**

[X]   Automobile Liability and Physical Damage Coverage  - Occurrence

**Limits of Liability:**

| $1,000,000 | Each Accident, Combined Single Limit | | |
|---|---|---|---|
| | **The Combined Single Limit is subject to the following limits:** | | |
| | Bodily Injury and Property Damage Liability | $1,000,000 | Each Accident |
| | Uninsured/Underinsured Motorist | $1,000,000 | Each Accident |
| | Medical Payments | $5,000 | Each Accident |

**Deductible:**

| Comprehensive: | $250 | Each Loss |
|---|---|---|
| Collision: | $500 | Each Loss |

**Description of Coverage:**

Evidence of Auto Liability coverage is extended to County of Alameda, its Board of Supervisors, the individual members thereof, and all County officers, agents, employees and representatives as supplemental member(s) as pertaining to Behavioral Health Care Services - Substance Abuse Program.

**Issue Date:**     June 10, 2019

**Certificate Holder:**
Alameda County, BHCS
1900 Embarcadero Cove, Suite 205
Oakland, CA  94606
Attention: BHSC, Insurance Coordinator

**Authorized Representative:**

R. Corey Grove
Senior Vice President, Insurance Operations

**BETA Risk Management Authority ("BETARMA")**
A Public Entity

**AMENDMENT**
**SUPPLEMENTAL MEMBER**

| Certificate Number: HCL-19-067 | Amendment No: H131-12 |
|---|---|

| Issued to: Alameda Health System | | |
|---|---|---|
| **Effective Date:** 07/01/19 at 12:01 a.m. | **Expiration Date:** 07/01/20 at 12:01 a.m. | **Additional Contribution:** Per Contract |

It is understood and agreed that coverage afforded by this Contract is extended to:

*County of Alameda, its Board of Supervisors, the individual members thereof, and all County Officers, agents, employees, volunteers and representatives*

as a **Supplemental Member** pursuant to Section 7.2, but only for legal liability arising out of the acts, errors or omissions of the **Named Member** or a **Subsidiary** solely in the performance of the following contract with the **Named Member** or **Subsidiary**:

*Alameda County Behavioral Health Care Services - Psychiatric Emergency Service, Psychiatric Inpatient Hospital Services, and Ward Consults. Master Contract #900077*

This Amendment does not extend coverage for the acts, errors or omissions of *County of Alameda, its Board of Supervisors, the individual members thereof, and all County Officers, agents, employees, volunteers and representatives.*

This Amendment extends protection to the **Supplemental Member** listed above prior to any applicable insurance or other coverage or self-insurance.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

_____
Authorized Representative of BETARMA

 **ACORD**

# CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY)**
06/07/2019

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.  THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

**IMPORTANT:  If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed.  If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement.  A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).**

| PRODUCER James + Gable Insurance Brokers (Walnut Creek)<br>1660 Olympic Blvd., Ste 325<br>Walnut Creek, CA 94596 | CONTACT NAME: | | |
|---|---|---|---|
| | PHONE (A/C, No, Ext): 9259433264 | | FAX (A/C, No): 9259324260 |
| | E-MAIL ADDRESS: | | |
| | **INSURER(S) AFFORDING COVERAGE** | | **NAIC #** |
| | INSURER A : BETA Risk Management Authority | | N/A |
| INSURED Alameda Health System<br>Alameda Health System<br>1411 E. 31st, Street  HCP Building, QIC 22103<br>Oakland, CA 94602 | INSURER B : Safety National Casualty Corporation | | 15105 |
| | INSURER C : | | |
| | INSURER D : | | |
| | INSURER E : | | |
| Phone: 5104374354          Fax: | INSURER F : | | |

## COVERAGES        CERTIFICATE NUMBER:                REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED.  NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | **GENERAL LIABILITY** | | | | | | EACH OCCURRENCE | $ |
| | ☐ COMMERCIAL GENERAL LIABILITY | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | ☐ CLAIMS-MADE ☐ OCCUR | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ |
| | | | | | | | GENERAL AGGREGATE | $ |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | PRODUCTS - COMP/OP AGG | $ |
| | ☐ POLICY ☐ PRO-JECT ☐ LOC | | | | | | | $ |
| | **AUTOMOBILE LIABILITY** | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | ☐ ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | ☐ ALL OWNED AUTOS ☐ SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | ☐ HIRED AUTOS ☐ NON-OWNED AUTOS | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | **UMBRELLA LIAB** ☐ OCCUR | | | | | | EACH OCCURRENCE | $ |
| | **EXCESS LIAB** ☐ CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | ☐ DED ☐ RETENTION $ | | | | | | | $ |
| A | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** Y/N<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? ☐ N N/A<br>(Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | | | BETA-WC-8160-2019 | 07/01/19 | 07/01/20 | WC STATU-TORY LIMITS ☒ OTHER $3,000,000 | |
| | | | | | | | E.L. EACH ACCIDENT | 2,000,000 |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE $ | 2,000,000 |
| | | | | | | | E.L. DISEASE - POLICY LIMIT $ | 2,000,000 |
| B | Excess Workers' Compensation | | | Pending Issuance | 07/01/19 | 07/01/20 | Statutory Limits<br>Excess of $3,000,000 | |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES  (Attach ACORD 101, Additional Remarks Schedule, if more space is required)**

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Insured's Copy | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE<br>Michele Reager      *Michele Reager* |
| Phone:          Fax: | |

© 1988-2010 ACORD CORPORATION.  All rights reserved.

ACORD 25 (2010/05)        The ACORD name and logo are registered marks of ACORD



# CERTIFICATE OF COVERAGE

| | |
|---|---|
| **Named Member:**<br>Alameda Health System<br>1411 E. 31st Street<br>Oakland, CA 94602<br><br>**Broker:**<br>James & Gable Insurance Brokers<br>1660 Olympic Blvd. Suite 325<br>Walnut Creek, CA 94596 | This document certifies that coverage is in force for the Named Member on the Issue Date below, subject to the terms and conditions of the Contract designated. It is issued as a matter of information and does not confer any rights to any Certificate Holder. This Certificate does not amend, extend or alter the coverage afforded under the Contract. If the Contract, or coverage for any Member, is canceled for any reason or if the terms of the Contract are changed, we will notify the Named Member only. Coverage is not in effect unless and until all payments are received when due. |

| Certificate Number | Effective Date | Expiration Date | Retroactive Date |
|---|---|---|---|
| D&O-19-067 | 07/01/2019 at 12:01 a.m. | 07/01/2020 at 12:01 a.m. | 07/01/2001 at 12:01 a.m. |

| Type of Coverage: | Limits of Liability: |
|---|---|
| [X] Directors & Officers Liability - Claims Made<br>[X] Employment Practices Liability - Claims Made | $1,000,000 Per Claim<br>$1,000,000 Aggregate Per Contract Period |

**Deductible:**

Coverage (A):                 $0 each Claim

Coverage (B) & (C):     $100,000 Each Claim Including Defense Expenses

Coverage (D):              $150,000 Each Claim Including Defense Expenses

**Description of Coverage:**

Evidence of Directors, Officers and Employment Practices Liability coverage is extended to the County of Alameda, its Board of Supervisors, the individual members thereof, and all County officers, agents, employees, volunteers and representatives as supplemental member(s) as pertaining to the Medication-Assisted Treatment Services Program Agreement.

**Issue Date:**     June 10, 2019

| | |
|---|---|
| **Certificate Holder:**<br>County of Alameda, Behavioral Health Care Services (BHCS)<br>2000 Embarcadero Cove Suite 400<br>Oakland, CA 94606<br>Attention: Attention: Director of Interim Director of BHCS | **Authorized Representative:**<br><br>*R. Corey Grove*<br><br>R. Corey Grove<br>Senior Vice President, Insurance Operations |