Kimberly Swain (SBN 100340)
Kim.Swain@disabilityrightsca.org
Jennifer Stark (SBN 267062)
Jennifer.Stark@disabilityrightsca.org
Sarah Gregory (SBN 303973)
Sarah.Gregory@disabilityrightsca.org
DISABILITY RIGHTS CALIFORNIA
1330 Broadway, Suite 500
Oakland, CA 94612
Tel:   (510) 267-1200
Fax:   (510) 267-1201

Linda M. Dardarian (SBN 131001)
ldardarian@gbdhlegal.com
Andrew P. Lee (SBN 245903)
alee@gbdhlegal.com
Raymond A. Wendell (SBN 298333)
rwendell@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
155 Grand Avenue, Suite 900
Oakland, CA 94612
Tel:   (510) 763-9800
Fax:   (510) 835-1417

Attorneys for Plaintiff
*(Additional Counsel for Plaintiff listed on following page)*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DISABILITY RIGHTS CALIFORNIA, a California nonprofit corporation,<br><br>　　Plaintiff,<br><br>vs.<br><br>COUNTY OF ALAMEDA; ALAMEDA COUNTY BEHAVIORAL HEALTH CARE SERVICES; and ALAMEDA HEALTH SYSTEM,<br><br>　　Defendants. | Case No. 5:20-cv-05256-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR MOTION TO DISMISS**<br><br>Date:　March 18, 2022<br>Time:　10:00 a.m.<br>Ctrm:　8, 17th Floor<br>Before:　Hon. Charles R. Breyer<br><br>Trial Date:　None Set |

Ira A. Burnim (SBN 406154) (*pro hac vice*)
irabster@gmail.com
Lewis Bossing (SBN 227492)
lewisb@bazelon.org
BAZELON CENTER FOR MENTAL HEALTH LAW
1101 15th Street NW, Suite 1212
Washington, DC 20005
Tel:   (202) 467-5730
Fax:   (202) 223-0409

Claudia Center (SBN 158255)
ccenter@dredf.org
DISABILITY RIGHTS EDUCATION AND DEFENSE FUND
3075 Adeline Street Suite 210
Berkeley, CA 94703
Tel:   (510) 644-2555
Fax:   (510) 841-8645

Aaron Fischer (SBN 247391)
ajf@aaronfischerlaw.com
LAW OFFICE OF AARON J. FISCHER
2001 Addison Street, Suite 300
Berkeley CA 94704
Tel: (510) 806-7366
Fax: (510) 694-6314

Attorneys for Plaintiff

This Stipulation is hereby entered into by and between Plaintiff Disability Rights California ("Plaintiff") and Defendants County of Alameda and Alameda County Behavioral Health Care Services ("Defendants") (collectively referred to as the "Parties"), by and through their respective counsel of record, as follows:

**WHEREAS**, on April 1, 2021, Defendants filed a Motion to Dismiss. ECF No. 55.

**WHEREAS**, the Parties have filed previous stipulations postponing the hearing date and modifying the briefing schedule on Defendants' Motion to Dismiss to allow the Parties to participate in mediation. ECF Nos. 58-61, 63-66.

**WHEREAS**, the current deadline for Plaintiff's Opposition is January 28, 2022, the deadline for Defendants' Reply is February 28, 2022, and the hearing is set for March 18, 2022 at 10:00 a.m. ECF No. 66.

**WHEREAS**, the Parties participated in mediation sessions on July 14, 2021 and September 23, 2021 with the United States and mediator Howard Herman. The parties and the United States have continued to engage in direct settlement negotiations and expect further negotiations to occur through March 2022.

**WHEREAS**, the Parties agree to postpone the hearing and modify the current briefing schedule on Defendants' Motion to Dismiss so that they may focus their efforts on settlement.

**NOW, THEREFORE, IT IS HEREBY STIPULATED** as follows:

1. Plaintiff's Opposition shall be filed no later than April 29, 2022;
2. Defendants' Reply shall be filed no later than May 27, 2022;
3. The hearing set for March 18, 2022 shall be vacated and reset for June 17, 2022 at 10:00 a.m., or as soon thereafter as the Court's schedule will allow.

//
//
//
//

The Parties respectfully request that the Court approve the foregoing deadlines in the Proposed Order below.

Dated: January 19, 2022                               Respectfully submitted,

                                                      DISABILITY RIGHTS CALIFORNIA


                                                      */s/ Jennifer Stark*
                                                      Jennifer Stark
                                                      Counsel for Plaintiff


                                                      GOLDSTEIN, BORGEN, DARDARIAN & HO


                                                      */s/ Andrew P. Lee*
                                                      Andrew P. Lee
                                                      Counsel for Plaintiff


                                                      HOOPER, LUNDY & BOOKMAN, P.C.


                                                      */s/ Jordan Kearney*
                                                      Jordan Kearney
                                                      Counsel for Defendants


### SIGNATURE ATTESTATION

The e-filing attorney hereby attests that concurrence in the content of the document and authorization to file the document has been obtained from each of the other signatories indicated by a conformed signature (/s/) within this e-file document.

Dated: January 19, 2022                               */s/ Andrew P. Lee*
                                                      Andrew P. Lee


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated:  January 20, 2022                              _____
                                                      Hon. Charles R. Breyer
                                                      United States District Judge